UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAYMOND DE BOTTON,<br><br>                    Plaintiff,<br><br>          v.<br><br>QUALITY LOAN SERVICES CORPORATION OF WASHINGTON, *et al.*,<br><br>                    Defendants. | CASE NO. 2:23-cv-00223-RSL<br><br>ORDER EXTENDING JOINT STATUS REPORT DEADLINES |

This matter comes before the Court on plaintiff's unopposed motions for extensions of the Joint Status Report deadlines set forth in Dkt. # 8 and the noting dates for two pending motions. Dkt. # 14 and # 20. The motions are GRANTED. The Court resets the initial disclosure and joint status report deadlines as follows:

| | |
|---|---|
| Deadline for FRCP 26(f) Conference: | April 7, 2023 |
| Initial Disclosures Pursuant to FRCP 26(a)(1): | April 14, 2023 |
| Combined Joint Status Report and Discovery Plan as required by FRCP 26(f) and LCR 26(f): | April 21, 2023 |

ORDER EXTENDING JOINT STATUS REPORT
DEADLINES - 1

The moving parties will renote the pending Second Amended Motion for Summary Judgment (Dkt. # 17) and Motion to Remand (Dkt. # 18) for consideration on or after April 21, 2023.

Dated this 29th day of March, 2023.

Robert S. Lasnik
United States District Judge

ORDER EXTENDING JOINT STATUS REPORT
DEADLINES - 2