UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAYMOND DE BOTTON,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>QUALITY LOAN SERVICES CORPORATION OF WASHINGTON, *et al.*,<br><br>　　　　　　　Defendants. | CASE NO. 2:23-cv-00223-RSL<br><br>ORDER DENYING MOTION FOR RECONSIDERATION |

On April 24, 2023, the Court denied plaintiff's motion for remand, finding no unmet requirement for the removal. Plaintiff filed a timely motion for reconsideration. He again fails to show any defect in or unmet requirement for removal, however. The federal courts clearly have subject matter jurisdiction, making remand inappropriate. The motion for reconsideration is DENIED.

Dated this 9th day of May, 2023.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION FOR RECONSIDERATION - 1