UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RAYMOND DE BOTTON,

Plaintiff,

vs.

QUALITY LOAN SERVICES
CORPORATION OF WASHINGTON;
MCCARTHY & HOLTHUS, LLP; WARREN
LANCE; FIRST HORIZON LOAN
CORPORATION; SELECT PORTFOLIO
SERVICING; STATE OF WASHINGTON

Defendant.

Case No. 2:23-cv-00223

DEFENDANTS' MOTION FOR AN
AWARD OF FEES

**NOTING DATE**: 10/20/2023

Defendants Quality Loan Service Corp. of Washington ("Quality"), McCarthy & Holthus, LLP ("M&H"), and Warren Lance move for an award of fees jointly against Plaintiff and his attorney

## I.    FACTS

Defendants incorporate their prior fact briefing[1].

In short, this action concerns a non-judicial foreclosure of real property owned by Plaintiff. Quality, as trustee, conducted the foreclosure following Plaintiff's mortgage default. There was a surplus following sale. The surplus was deposited with the state superior court for distribution.

---

[1] Dkt #17

Page -1-

Attorneys Warren Lance and M&H filed a claim for a junior lienholder in the surplus funds proceedings.

All actions by Defendants were done pursuant to state statute. The trustee foreclosed pursuant to the Deed of Trust Act, RCW 61.24, authorizing non-judicial foreclosures. The surplus funds claim was authorized by the Deed of Trust Act's surplus provision, RCW 61.24.080.

Years later, Plaintiff, through his attorney, filed the present action against Defendants over the (lawful) foreclosure and surplus funds proceedings[2]. The complaint makes claims for fraud, violation of the Constitution, violation of the state's Collection Agency Act, violation of the state's Consumer Protection Act, and criminal profiteering.

The complaint is plainly frivolous. On 2/23/2023, Defendants, through undersigned counsel, emailed Plaintiff a motion for sanctions. Defendants advised there would be no filing if there was cure, consistent with FRCP 11(c)(2). Plaintiff did not withdraw the complaint.

Defendants were forced to move for dismissal of all claims, which was made by motions dated 3/16/2023 and 8/29/2023[3]. Plaintiff did not oppose dismissal, an admission the claims were without merit. Dismissal orders entered on 8/28/2023 and 9/28/2023[4].

As of the date of this motion, Quality has been invoiced $16,555.00 by the undersigned for defense fees[5].

## II.     LEGAL AUTHORITY

Defendants seek recovery of fees pursuant to FRCP 11(c), for violations of FRCP 11(b).

Two FRCP 11(b) provisions apply, here. Under FRCP 11(b)(2), the attorney signing a complaint represents the claims are non-frivolous. Under FRCP 11(b)(1), the attorney signing a

[2] Dkt #3
[3] Dkt #17 and #50
[4] Dkt #49 and #52
[5] Decl of Joseph Ward McIntosh

McCarthy & Holthus LLP
108 1st Ave S, Ste 400
Seattle, WA 98104

complaint represents claims are not being propounded for improper purpose.

Here, the complaint is plainly frivolous, in violation of FRCP 11(b)(2). The Defendants acted pursuant to statute. The trustee and the attorney were just "doing their job." There was no fraud, criminality or conspiracy, or other legal violation.

The complaint was also propounded for improper purpose, in violation of FRCP 11(b)(1). Plaintiff's attorney has been litigating foreclosures for over a decade; he understands how foreclosures and surplus fund claims work. Suing for fraud, criminality and conspiracy, and implicating the government as a co-conspirator, was obviously done to "send a message" or make some kind of statement. The purpose was not to make a client whole for actionable wrongdoings. The claims never stood a chance, legally. Plaintiff admitted as much in failing to oppose dismissal. It was particularly improper to personally sue a young associate, Mr. Lance, who was just doing his job (and doing it correctly).

### III.    CONCLUSION

For the reasons described above, sanctions should levy equally and Plaintiff and his counsel. An award of $16,555.00 should be made in favor of Quality, who directly incurred the defense fees.

SIGNATURE(S) ON NEXT PAGE

Page -3-

McCarthy & Holthus LLP
108 1st Ave S, Ste 400
Seattle, WA 98104

DATED October 4, 2023

_____
Joseph Ward McIntosh, WSBA #39470
Attorney for Defendants
WA-23-953182-CV

McCarthy & Holthus LLP
108 1st Ave S, Ste 400
Seattle, WA 98104