1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7
8
9
10
11
12

RAYMOND DEBOTTON,                          )
                                           )
                        Plaintiff,         )
                                           )
        v.                                 )
                                           )
QUALITY LOAN SERVICE                       )
CORPORATION OF WASHINGTON, et al.,         )
                                           )
                        Defendant.         )
                                           )

No.  C23-223RSL

ORDER TO SHOW CAUSE

13
14
15
16
17
18

        This matter comes before the Court *sua sponte*.  The complaint in the above-
captioned matter was filed on February 20, 2023.  To date, service of the summons and
complaint has not been made on defendant First Horizon Loan Corporation as required by Fed.
R. Civ. P. 4(m).  Plaintiff is hereby ORDERED to show cause why the complaint should not be
dismissed.  Plaintiff shall file a responsive brief no later than November 30, 2023.  The Clerk of
Court shall note this Show Cause on the Court's calendar for December 1, 2023.

19
20
21

        DATED this 13th day of November, 2023.

22
23
24

                                        _Robert S. Lasnik_
                                        Robert S. Lasnik
                                        United States District Judge

25
26

ORDER TO SHOW CAUSE