UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAYMOND DE BOTTON,<br><br>             Plaintiffs,<br><br>   v.<br><br>QUALITY LOAN SERVICE CORPORATION OF WASHINGTON, *et al.*,<br><br>             Defendants. | CASE NO. 2:23-cv-00223-RSL<br><br>ORDER OF DISMISSAL |

      On November 13, 2023, the Court ordered plaintiff to show cause why his claims against defendant First Horizon Loan Corporation should not be dismissed for failure to serve within the time allowed by Fed. R. Civ. P. 4(m). No response having been filed, the claims against First Horizon Loan Corporation are hereby DISMISSED.

      Dated this 11th day of January, 2024.

                                              Robert S. Lasnik
                                              United States District Judge