UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAYMOND DE BOTTON,<br><br>Plaintiffs,<br>v.<br><br>QUALITY LOAN SERVICE CORPORATION OF WASHINGTON, *et al.*,<br><br>Defendants. | CASE NO. 2:23-cv-00223-RSL<br><br>ORDER GRANTING REQEST FOR LEAVE TO APPEAL IN FORMA PAUPERIS |

This matter comes before the Court on attorney Scott E. Stafne's "Motion for Leave to File an Appeal In Forma Pauperis re: this Court's Award of Sanctions" against him. Dkt. # 61. Federal Rule of Appellate Procedure 24(a)(1) generally requires "a party to a district-court action who desires to appeal in forma pauperis [to] file a motion in the district court. The party must attach an affidavit that:

> (A) shows in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs;
>
> (B) claims an entitlement to redress; and
>
> (C) states the issues that the party intends to present on appeal."

ORDER GRANTING REQEST FOR LEAVE TO APPEAL IN
FORMA PAUPERIS - 1

Mr. Stafne has submitted the required information, and his appeal of the sanctions award appears to be in good faith.[1] The motion is therefore GRANTED.

Dated this 11th day of January, 2024.

Robert S. Lasnik
United States District Judge

---

[1] It is not entirely clear that good faith is necessary under Rule 24(a)(1) where the moving party is not a prisoner and 28 U.S.C. § 1915(a) is not invoked. Nevertheless, the Court includes the finding to avoid further delay in this matter.

ORDER GRANTING REQEST FOR LEAVE TO APPEAL IN
FORMA PAUPERIS - 2