UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAYMOND DE BOTTON,<br><br>     Plaintiff,<br><br>  v.<br><br>QUALITY LOAN SERVICES CORPORATION OF WASHINGTON, *et al.*,<br><br>     Defendants. | CASE NO. 2:23-cv-00223-RSL<br><br>ORDER REFERRING MATTER TO CHIEF JUDGE ESTUDILLO |

  This matter comes before the Court on plaintiff's "Motion to File Overlength Motion for Post-Judgment Relief Pursuant to Fed. R. Civ. Pro. 59." Dkt. # 72. "A motion to alter or amend a judgment must be filed no later than 28 days after the entry of the judgment." Fed. R. Civ. P. 59(e). Judgment in this matter was entered on November 13, 2023. Relief under Rule 59 is therefore unavailable.

  The proposed overlength motion, Dkt. # 72-1, also requests reconsideration of the undersigned's rejection of plaintiff's "senior status" argument and Chief Judge Estudillo's affirmance of the undersigned's denial of a recusal motion. A motion for reconsideration "shall be filed within fourteen days after the order to which it relates is filed." LCR 7(h)(2). The undersigned denied plaintiff's request for remand based on the "senior status" argument and found the argument without merit months ago. *See* Dkt. # 32 and Dkt. # 57.

ORDER REFERRING MATTER TO CHIEF JUDGE
ESTUDILLO - 1

Even the amended order awarding fees and referring the recusal matter to the Chief Judge was entered more than five weeks before plaintiff sought permission to file an overlength reconsideration motion. Dkt. # 66.

Only plaintiff's request that the Chief Judge reconsider his order allowing the undersigned to continue presiding over this case is timely. Thus, this matter is again referred to the Chief Judge to determine whether the request for overlength brief should be granted and whether reconsideration is appropriate.

Dated this 19th day of January, 2024.

Robert S. Lasnik
United States District Judge

ORDER REFERRING MATTER TO CHIEF JUDGE
ESTUDILLO - 2